UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>WOOD VALLEY CONCRETE,<br><br>        Defendant(s).<br>_____/ | No. C 12-02388 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 15, 2012 is CONTINUED to **August 22, 2012 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.  The Case Management Statement is due no later than **August 15, 2012.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 3.  Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated:  June 5, 2012

                                                                  DONNA M. RYU<br>                                                                   United States Magistrate Judge