United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WOOD VALLEY CONCRETE,<br><br>    Defendant(s).<br>_____/ | Nos. C-12-2388 DMR<br>          C-12-2389 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August, 2012 is hereby VACATED. The parties shall file a status update with the court by October 3, 2012. Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: August 16, 2012

_____
DONNA M. RYU
United States Magistrate Judge