UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>WOOD VALLEY CONCRETE,<br><br>        Defendant(s). | No. C 12-02388 DMR<br><br>**ORDER** |

Plaintiffs shall file a motion for default judgment no later than November 12, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge